**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**IN RE: THE LINEAGE AND TRUST-RES OF MARY OLLIE GOODWAY**

**Case No.: 5:26cv175-MW/MJF**

_______________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Given Petitioner's filing activity in this case, it is clear that he knows how to prepare and file papers with this Court, but he has filed no objections to the recommendation of dismissal and the deadline for doing so has long passed. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on October 20, 2026.**

**s/Mark E. Walker**
**United States District Judge**